IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALVADOR BETETA RAMIREZ | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  25-7316 |
| | : | |
| JL JAMISON, ICE PHILADELPHIA FOD BRIAN MCSHANE, TODD LYONS, KRISTI NOEM, US DEPARTMENT OF HOMELAND SECURITY, ATTORNEY GENERAL PAMELA BONDI | : : : : : : | |

## ORDER

**AND NOW**, this 29th day of December 2025, it is **ORDERED** the government shall respond to petitioner's petition (DI 1) and motion for a temporary restraining order (DI 2) no later than **January 16, 2026**.

_____
MURPHY, J.