**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SALVADOR BETETA RAMIREZ, | |
| *Petitioner*, | CIVIL ACTION |
| v. | Case No. 2:25-cv-7316 |
| J.L. JAMISON, Warden of Federal Detention Center, Philadelphia; BRIAN MCSHANE, Acting Philadelphia Field Office Director, United States Immigration and Customs Enforcement; TODD LYONS, Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, | |
| *Respondents.* | |

**STIPULATION EXTENDING THE GOVERNMENT'S DEADLINE
TO RESPOND TO PETITIONER'S MOTION FOR ATTORNEY'S FEES**

It is hereby stipulated by the undersigned counsel, subject to the Court's approval, as follows:

1.      Petitioner is non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on December 24, 2025 (ECF No. 1).

2.      On January 5, 2026, the Court granted the Petition for Writ of Habeas Corpus (ECF No. 7).

3.      On April 2, 2026, Petitioner filed a Motion for Attorney's fees (ECF No. 9) under the Equal Access to Justice Act.

1

4.    Respondents' response to the motion is currently due on April 16, 2026.

5.    The parties have agreed that the Respondents' time to respond to the Motion for Attorney's Fees is extended until April 30, 2026;

6.    Pursuant to Local Civil Rule 5.1.2, counsel for the parties consent to the submission of this stipulation with their electronic signatures below.


Dated:  April 3, 2026                     Respectfully submitted,

                                          DAVID METCALF
                                          United States Attorney

/s/ Jose C. Campos                        /s/ Isaac J. Jean-Pierre
JOSE C. CAMPOS, ESQ.                      SUSAN R. BECKER
THE LAW OFFICE OF JOSE C.                 ISAAC J. JEAN-PIERRE
CAMPOS                                    Assistant United States Attorneys
251 E. Broad St.                          Eastern District of Pennsylvania
Bethlehem, PA 18018                       615 Chestnut Street, Suite 1250
Phone: (610) 868-2230                     Philadelphia, PA 19106
Email: jc@jccamposlaw.com                 Phone: (215) 861-8200
                                          Email: susan.becker@usdoj.gov
*Counsel for Petitioner*                          isaac.jean-pierre@usdoj.gov

                                          *Counsel for Respondents*


                    BY THE COURT



Dated:  April 6, 2026         _____
                              JOHN F. MURPHY
                              United States District Court Judge


2