**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SALVADOR BETETA RAMIREZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   25-7316** |
| | : | |
| **JL JAMISON, ICE PHILADELPHIA** | : | |
| **FOD BRIAN MCSHANE, TODD** | : | |
| **LYONS, KRISTI NOEM, US** | : | |
| **DEPARTMENT OF HOMELAND** | : | |
| **SECURITY, ATTORNEY GENERAL** | : | |
| **PAMELA BONDI** | : | |

## <u>ORDER</u>

**AND NOW**, this 29th day of July 2026, upon considering the respondents' certification of compliance (DI 8) of our January 5, 2026 order (DI 7), it is **ORDERED** the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**